# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>vs.<br><br>ARMANDO LOAIZA QUINTERO,<br><br>                              Defendant. | No. CR 10-29-GF-SEH<br><br>ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |

In accordance with the Findings and Recommendations of the United States

Magistrate Judge Keith Strong, to which there has been no objection, the plea of

guilty of the Defendant to Count I of the Indictment is hereby accepted. The

Defendant is adjudged guilty of such offense. All parties shall appear before this

Court for sentencing as directed.

IT IS SO ORDERED this 29th March day of April, 2010.

SAM E. HADDON
United States District Judge